BEFORE THE THIRD DIVISION, FEBRUARY 28, 1940

**No. 43292.**—Protest 946882–G of Daniel F. Young, Inc. (New York).

Opinion by CLINE, J.  The shipment consisted of four bales of rugs and one case of silverware.  No competent testimony was introduced in support of the claims made and the customs regulations were not complied with.  *Brummer Gallery* v. *United States* (2 Cust. Ct. 94, C. D. 95) and *Laughlin* v. *United States* (T. D. 47509) cited.  On the record presented the protest was overruled.